# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2024-0123, <u>George G. Burke v. Elizabeth Weeks & a.</u>, the court on October 23, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal and has determined to resolve the case by way of this order. <u>See Sup. Ct. R.</u> 20(2). The plaintiff, George G. Burke, appeals an order of the Superior Court (<u>Ruoff</u>, J.) granting summary judgment in favor of the defendants, The Woodlands Homeowners Association, Inc. (association) and several members of its board of directors (board), on the plaintiff's claims arising out of the board's handling of a particular matter involving one of the association's members. The plaintiff argues that the trial court erred by determining, based upon the summary judgment record, that the defendants were entitled to summary judgment, by denying his request to upload video recordings of depositions in connection with the summary judgment motion, and by not investigating certain witnesses for alleged perjury in connection with affidavits they had submitted. We affirm.

As the appealing party, the plaintiff has the burden to demonstrate reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the plaintiff's arguments, the relevant law, and the record provided on appeal, we are unpersuaded by the plaintiff's arguments and conclude that he has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**